Case No. ED CV 17-00715 MWF (KKx)     Date: July 10, 2017
Title:    Shirley Glass -v- Selene Finance, LP, et al.

Present: The Honorable **MICHAEL W. FITZGERALD, U.S. District Judge**

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE [12]

      On June 20, 2017, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (the "OSC"), giving Plaintiff Shirley Glass until **June 30, 2017**, to file proofs of service of a summons and complaint, answers by Defendants Selene Finance, L.P. ("Selene") and Bank of America, N.A. ("Bank of America"), or applications for entry of default against Defendants. (Docket No. 12). The Court warned Plaintiff that failure to respond to the OSC would result in dismissal of the action. (*Id.*).

      On June 20, 2017, Plaintiff and Bank of America stipulated to dismissal of the claims against Bank of America. (Docket No. 13). However, Plaintiff has yet to take any further action on its claims against Selene. Therefore, Plaintiff's claims against Selene are **DISMISSED** *without prejudice*.

      There being no further claims left in the action, this Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

      IT IS SO ORDERED.